**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**WINSTON-SALEM DIVISION**

In re:
**Timothy Brian Crunkleton and**
**Jessica Moore Crunkleton**

Case No. 22-50764
Chapter 13

Soc. Sec. Nos.  xxx-xx-0927 & xxx-xx-5367
Mailing Address: 408 N Elm Street, Apt B, Cherryville, NC 28021

Debtors.

**MOTION FOR EXPEDITED HEARING**
**AND TO SHORTEN TIME FOR NOTICE**

**NOW COMES** the Debtors, by and through counsel, pursuant to Rule 9006(c) and (d) of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code, and respectfully show the Court as follows:

1. As set forth in the attached **Motion to Incur Indebtedness**, the Debtors seek to purchase a vehicle in an amount not to exceed $25,000.00.

2. That time is of the essence in consummating the new loan. The Debtors' 2014 Hyundai Tucson was involved in a traffic collision and deemed a total loss. The Debtors need to purchase a replacement vehicle as soon as possible for transportation to work and for the care and support of their household.

**WHEREFORE**, the Debtors pray that the Court enter an order expediting the hearing on the **Motion to Incur Indebtedness** filed by the Debtors, and granting such other and further relief as to the Court may seem just and proper.

Dated: February 7, 2023

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s Erica NeSmith

Erica NeSmith
Attorney for Debtors
N.C. State Bar No. 55283
600 Green Valley Road, Ste. 210
Greensboro, NC 27408
Telephone: (336) 542-5993
Fax: (336) 542-5994
Email: enesmith@johnorcutt.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**WINSTON-SALEM DIVISION**

In re:
**Timothy Brian Crunkleton and**
**Jessica Moore Crunkleton**

Case No. 22-50764
Chapter   13

Soc. Sec. Nos.  xxx-xx-0927 & xxx-xx-5367
Mailing Address: 408 N Elm Street, Apt B, Cherryville, NC 28021

Debtors.

## CERTIFICATE OF SERVICE

I, Shannon Bryant, of the Law Offices of John T. Orcutt, P.C., certify, under penalty of perjury, that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age, and that on February 7, 2023, I served copies of  the **Motion For Expedited Hearing and To Shorten Time For Notice** by **automatic electronic noticing**, upon the following parties (names and addresses):

Kathryn Bringle
Chapter 13 Trustee

Bankruptcy Administrator

and **by regular U.S. mail** upon the following parties:

Timothy Brian Crunkleton & Jessica Moore Crunkleton
408 N Elm Street, Apt B
Cherryville, NC 28021

All creditors as listed on the attached Creditor Mailing Matrix.

/s Shannon Bryant

Shannon Bryant

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0418-6<br>Case 22-50764<br>Middle District of North Carolina<br>Winston-Salem<br>Tue Feb  7 15:17:38 EST 2023 | Ally Financial, c/o AIS Portfolio Services,<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Winston-Salem<br>601 W. 4th St., Suite 100<br>Winston-Salem, NC 27101-2745 |
| Aspire Visa<br>Post Office Box 105374<br>Atlanta, GA 30348-5374 | (p)AUTOMONEY  INC<br>ATTN ABIGAIL SCUDDER DUFFY<br>450 MEETING ST<br>CHARLESTON SC 29403-5522 | CCS Collections<br>725 Canton Street<br>Newton, MA 02062-2679 |
| Capital Community Bank<br>3280 N University Ave<br>Provo, UT 84604-4405 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | (p)CARMAX AUTO FINANCE<br>225 CHASTAIN MEADOWS CT<br>KENNESAW GA 30144-5942 |
| Comenity Bank (Lane Bryant)**<br>Bankruptcy Dept.<br>Post Office Box 182125<br>Columbus, OH 43218-2125 | Credit One Bank, N.A. ****<br>Post Office Box 98873<br>Las Vegas, NV 89193-8873 | Employment Security Commission<br>Attn: Benefit Payment Control<br>Post Office Box 26504<br>Raleigh, NC 27611-6504 |
| Equifax Information Systems LLC<br>P.O. Box 740241<br>Atlanta, GA 30374-0241 | Experian<br>P.O. Box 2002<br>Allen, TX 75013-2002 | Gaston County Tax Collector<br>Post Office Box 1578<br>Gastonia, NC 28053-1578 |
| Indigo<br>Post Office Box 23039<br>Columbus, GA 31902-3039 | Internal Revenue Service (MD)**<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | KLS Financial Services<br>PO BOX 565<br>Morrisville, NC 27560-0565 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Law Offices of John T. Orcutt<br>6616-203 Six Forks Road<br>Raleigh, NC 27615-6524 | Liberty Career Finance<br>Post Office Box 8099<br>Newark, DE 19714-8099 |
| MDG USA, Inc.<br>3422 Old Capitol Trail<br>PMB # 1993<br>Wilmington, DE 19808-6124 | Medical Data Systems ***<br>1374 S Babcock Street<br>Melbourne, FL 32901-3009 | NC Child Support<br>Centralized Collections<br>Post Office Box 900006<br>Raleigh, NC 27675-9006 |
| NC STATE EDUCATION ASSISTANCE AUTHORITY<br>P.O. BOX 41903<br>RALEIGH, NC 27629-1903 | NC State Education Assistance<br>Post Office Box 14002<br>RTP, NC 27709-4002 | North Carolina Dept. of Revenue**<br>Post Office Box 1168<br>Raleigh, NC 27602-1168 |
| PMAB, LLC<br>Post Office Box 12150<br>Charlotte, NC 28220-2150 | Quantum3 Group LLC as agent for CF Medical L<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for Genesis FS C<br>PO Box 788<br>Kirkland, WA 98083-0788 |

| | | |
|---|---|---|
| RMB of North Carolina, Inc.<br>409 Bearden Park Circle<br>Knoxville, TN 37919-7406 | The Charlotte-Mecklenburg Hospital Authority<br>PO BOX 32861<br>CHARLOTTE, NC 28232-2861 | Trans Union Corporation<br>P.O. Box 2000<br>Crum Lynne, PA 19022-2000 |
| U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530-0001 | US Attorney's Office   (MD)**<br>101 S. Edgeworth Street, 4th floor<br>Greensboro, NC 27401-6045 | Westlake Portfolio<br>4751 Wilshire Blvd, Ste 100<br>Los Angeles, CA 90010-3847 |
| Erica Capron NeSmith<br>Law Offices of John T. Orcutt, P.C.<br>6616-203 Six Forks Road<br>Raleigh, NC 27615-6524 | Jessica Moore Crunkleton<br>408 N Elm Street<br>Apartment B<br>Cherryville, NC 28021-2404 | Kathryn L. Bringle<br>Winston-Salem Chapter 13 Office<br>2000 West First St.,Suite 300<br>P. O. Box 2115<br>Winston-Salem, NC 27102-2115 |
| Timothy Brian Crunkleton<br>408 N Elm Street<br>Apartment B<br>Cherryville, NC 28021-2404 | | |

**The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).**

| | | |
|---|---|---|
| Auto Money Title Loans<br>ATTN: Officer<br>606 Highway 15-401 East<br>Bennettsville, SC 29512 | Capital One *****<br>Post Office Box 85015<br>Richmond, VA 23285-5075 | Carmax Auto Finance<br>Attn: Officer<br>Post Office Box 440609<br>Kennesaw, GA 30160 |

**End of Label Matrix**
**Mailable recipients    39**
**Bypassed recipients     0**
**Total                  39**